**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

PREMIER AUTOMATION
CONTACTORS, INC.,

      Plaintiff,

v.                                          Case No. 19-13712

TIMOTHY A. PINNEY and
707 CONTRACTING AND
CONSULTING, INC.,

      Defendants.
      _____/

**JUDGMENT**

      Pursuant to the court's Opinion and Order dated April 30, 2020, it is hereby

ORDERED AND ADJUDGED that this case is DISMISSED.

      Dated at Port Huron, Michigan this 30th day of April 2020.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                    BY:    <u>S/Lisa Wagner</u>
                                 Lisa Wagner
                                 Case Manager and Deputy Clerk to
                                 Judge Robert H. Cleland
                                 (810) 292-6522

S:\Cleland\Cleland\HEK\Civil\19-13712.PREMIERAUTOMATION.judgment.HEK.docx